## REMINGTON v. PALMER.

*Agency — ratification — Vendor and purchaser.*

An authority, given by a vendor to his agent, to pay a tax against the property, if he shall decide that it is a lien like a judgment, *held* not an authority to bind the principal by a promise of future payment.

And the receipt of the purchase-money by the vendor *held* no ratification, in the absence of any evidence that he knew of the making of such promise by his agent. The natural inference, from the mere fact that a purchaser pays the purchase-money, on taking a deed, is that he accepts the title as it then stands.

MOTION for a new trial after a nonsuit upon exceptions ordered to be heard in the first instance at general term. The action was brought in Monroe county by Stephen Remington and another against Oliver H. Palmer to recover the amount of a tax which existed upon land purchased by plaintiffs from defendant and which it was alleged the latter promised to pay.

*J. C. Cochrane,* for plaintiffs.

*W. F. Cogswell,* for defendant.

GILBERT, J.

The head-note states fully all that was passed upon in the opinion.

*Motion denied.*